Elayna J. Youchah, Bar No. 5837
youchahe@jacksonlewis.com
Sarah T. Bassett, Bar No. 12326
sarah.bassett@jacksonlewis.com
**JACKSON LEWIS P.C.**
3800 Howard Hughes Pkwy, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461

*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SUSAN WYATT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SEARS, ROEBUCK AND CO., a foreign corporation; DOES I-X; ROE CORPORATIONS I-X;<br><br>Defendants. | Case No. 2-15-cv-02323-RFB-CWH<br><br>**STIPULATION AND ORDER TO STAY PROCEEDINGS PENDING BINDING ARBITRATION** |

Defendant Sears, Roebuck and Co. ("Sears") and Susan Wyatt ("Plaintiff"), by and through their respective counsel, hereby stipulate and agree (the "Stipulation") as follows:

1. On October 31, 2015, Plaintiff filed a Complaint in the Eighth Judicial District Court, Clark County, Nevada, alleging three causes of action for: (1) age discrimination in violation of Title VII, the Age Discrimination in Employment Act and NRS 613.310 et. seq.; (2) disability discrimination in violation of the American with Disabilities Act and NRS 613.310 et. seq.; and (3) hostile work environment in violation of Title VII and NRS 613.330;

2. On December 8, 2015, Sears removed the Action to federal court (**Dkt. No. 1**);

3. On December 15, 2015, Sears filed a Motion to Dismiss, or in the Alternative, Motion to Stay Pending Arbitration Proceedings demonstrating that during the course of Plaintiff's employment Plaintiff and Sears entered into a mandatory, binding Arbitration Policy/Agreement (**Dkt. No. 4**); and

4. The proceedings before the Court should be stayed so that this dispute may be submitted to binding arbitration pursuant to the terms of the Arbitration Agreement.

DATED: December 28, 2015                    Dated: December 28, 2015

JACKSON LEWIS P.C.                          DEVNEY LAW FIRM


/s/ Sarah T. Bassett                         /s/ Steven C. Devney
Elayna J. Youchah, Bar No. 5837             Steven C. Devney, Bar No. 12728
Sarah T. Bassett, Bar No. 12326             4170 S. Decatur Blvd. Suite B5-6
3800 Howard Hughes Parkway, Suite 600       Las Vegas, NV 89103
Las Vegas, Nevada 89169
                                            *Attorneys for Plaintiff*
*Attorneys for Defendant*

**ORDER**

IT IS HEREBY ORDERED that Sears' Motion to Dismiss, or in the Alternative, Motion to Stay Pending Arbitration Proceedings is moot in light of the instant Stipulation and the above captioned matter shall be stayed; provided, however, that the Court shall retain jurisdiction pending the conclusion of the arbitration proceedings.

IT IS FURTHER ORDERED that this matter be stayed until May 5, 2016, at which time a stipulation of dismissal shall be filed, or in the alternative, a status report shall be filed.

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 6th day of January, 2016.