Veronica Arechederra Hall, Bar No. 5855
veronica.hall@jacksonlewis.com
**JACKSON LEWIS P.C.**
3800 Howard Hughes Pkwy, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SUSAN WYATT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SEARS, ROEBUCK AND CO., a foreign corporation; DOES I-X; ROE CORPORATIONS I-X;<br><br>Defendants. | Case No. 2-15-cv-02323-RFB-CWH<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Susan Wyatt and Sears, Roebuck and Co. ("Defendant"), through their undersigned counsel of record, that the above entitled matter be dismissed with prejudice, each party to bear its own attorneys' fees and costs.

Jackson Lewis P.C.
Las Vegas

Further, this Court shall retain jurisdiction over any disputes arising out of the out-of-court resolution of this matter.

Dated: November 10, 2016

Dated: November 9, 2016

_____
Veronica Arechederra Hall
3800 Howard Hughes Parkway, Ste. 600
Las Vegas, NV 89169

Attorneys for Defendant

/s/Kristina S. Holman_____
Kristina S. Holman
610 S. Ninth St.
Las Vegas, NV 89101

Attorneys for Plaintiff

### ORDER

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-entitled matter is dismissed with prejudice and each party to bear its own attorneys' fees and costs. This Court shall retain jurisdiction over any disputes arising out of the out-of-court resolution of this matter.

**IT IS SO ORDERED.**

Dated this 29th day of November, 2016.

_____
RICHARD F. BOULWARE, II
United States District Judge

4844-8997-7147, v. 1